UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR14-5545BHS |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO EXTEND INDICTMENT DEADLINE |
| SERGIO MALPICA-MORALES, | |
| Defendant. | |

The Court has considered the unopposed motion to extend the indictment deadline. It appears that it would be unreasonable to require the filing of an indictment within the period required by statute because of the need for further case evaluation prior to indictment. Without an extension, the government and defense counsel would be denied the reasonable time necessary for effective preparation.  The parties have consented to entering an order extending the indictment deadline from on or about December 20, 2014, until January 19, 2015.

The Court finds that the ends of justice that are served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, it is ORDERED that the date on or before which an indictment must be filed is extended from on or about December 20, 2014, until January 19, 2015.

It is FURTHER ORDERED that the period of delay from on or about December 20, 2014, until January 19, 2015, is excludable time pursuant to Title 18, U.S.C. §

ORDER GRANTING UNOPPOSED
MOTION TO EXTEND THE INDICTMENT
DEADLINE - 1
(*Sergio Malpica-Morales;*, CR14-5545BHS)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

3161(h)(7)(A) for the purpose of computing the time limitations imposed by the Speedy Trial Act.

DONE this 15th day of December, 2014.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ *Paula Deutsch*
Paula Deutsch, WSBA No. 23940
Attorney for Sergio Malpica-Morales
Office of the Federal Public Defender

ORDER GRANTING UNOPPOSED
MOTION TO EXTEND THE INDICTMENT
DEADLINE - 2
(*Sergio Malpica-Morales;*, CR14-5545BHS)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**